UNITED STATED OF AMERICA
DISTRICT FOR MASSACHUSETTS

COMMONWEALTH, APPELLE

VS.

KENNETH L. HUNT, APPELLANT

NOTICE OF APPEAL

Now come the defendant in the above capioned matter and gives notice, pursuant M.R.A.P. Rule 3, of his intent to appeals certian opinions, Rulings, Directions and judgements of the court.

RESPECTFULLY SUBMITTED

*Kenneth Hunt*

KENNETH L. HUNT, PRO SE
W-39104 SHIRLEY MEDIUM
P.O. BOX 1218
SHIRLEY, MA 01464

DATE 10/20/2004