AO 241 (Rev. 5/85)

# PETITION UNDER 28 USC § 2254 FOR WRIT OF
# HABEAS CORPUS BY A PERSON IN STATE CUSTODY

If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

*Instructions — Read Carefully*

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under the penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your personal account exceeds $ _____ , you must pay the filing fee as required by the rules of the district court.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court  S.J.C. NO. SJC-3174

   (b) Result  Judgment Affirmed

   (c) Date of result and citation, if known  MAY 21, 1984

   (d) Grounds raised  Testimony from wittness that was Prejudicial, A juror's Knowledge of defendants Criminal record.

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

     (1) Name of court _____

     (2) Result _____

     (3) Date of result and citation, if known _____

     (4) Grounds raised _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

     (1) Name of court _____

     (2) Result _____

     (3) Date of result and citation, if known _____

     (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☒   No ☐

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court  Hampden County Superior Court Docket No 82-380

     (2) Nature of proceeding  RULE 30 (B) OF MASS R.P. Motion for new Trial is Denied on June, 11 2002

     (3) Grounds raised  Ineffective Counsel, Tampered Evidence,

(3)

AO 241 (Rev. 5/85)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐    No ☒

    (5) Result _____

    (6) Date of result _____

(b) As to any second petition, application or motion give the same information:

    (1) Name of court __Supreme Judicial Court for Suffolk County No. SJ-2003-0191__

    (2) Nature of proceeding __Rule 30 (B) of Mass R.P Motion For new Trial, is Denied on November 21, 2003__

    (3) Grounds raised __Ineffective Counsel, Tampered Evidence,__

    _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐    No ☒

    (5) Result _____

    (6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☒    No ☐
    (2) Second petition, etc.    Yes ☒    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: Ineffective Assistance of counsel

Supporting FACTS (state *briefly* without citing cases or law) Attorney John F. Donahue by failing to provide a forensic expert to challenge the state's forensic expert evidence. Donahue, never bothered to cross check the victim blood to determine if the blood traces found on the defendant clothes actually cam from the victim

B. Ground two: Detective Ingham Tampeding with the evidence by removing fibers from the defendant's sweater

Supporting FACTS (state *briefly* without citing cases or law) Detective Alfred Ingham who was in charged of handling the evidence, after packing each item in their own bags, secured them in a locked evidence room on the 18th of January 1982, then on January 27 th, 1982, he returned to the locked evidence room and reopening the bag containing the defendant's sweater and removal of some fibers from the defendant's sweater and placing them in an envelope containing other fibers.

(5)



# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
ONE BEACON STREET, 4TH FLOOR
BOSTON, MASSACHUSETTS 02108
WWW.SJCCOUNTYCLERK.COM

**MAURA S. DOYLE**
CLERK
CASE INFO (617) 557-1100
FACSIMILE (617) 523-1540

November 21, 2003

ASSISTANT CLERKS
LILLIAN C. ANDRUSZKIEWICZ (617) 557-1184
GEORGE E. SLYVA (617) 557-1185
ERIC B. WETZEL (617) 557-1186

Kenneth L. Hunt
P.O. Box 1218
Shirley, MA 01464

RE:  No. SJ-2003-0191

COMMONWEALTH
vs.
KENNETH L. HUNT

Hampden Superior Court
No. 82-380

NOTICE OF DOCKET ENTRY

You are hereby notified that on November 21, 2003, the following was entered on the docket of the above referenced case:

ORDER DENYING LEAVE TO APPEAL: ...."defendant's motion for new trial, is denied." (Ireland, J.)

Maura S. Doyle, Clerk

To:  Kenneth L. Hunt
     Jane Davidson Montori, Assistant District Attorney
     Hampden Superior Court Dept.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.   SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
No. SJ-2003-0191

Hampden Superior Court
No. 82-380

COMMONWEALTH

vs.

KENNETH L. HUNT

ORDER DENYING LEAVE TO APPEAL

The defendant's application pursuant to G. L. c. 278, s. 33E, for leave to appeal from the denial of defendant's motion for new trial, is denied.

By the Court, (Ireland, J.)

Assistant Clerk

Entered: November 21, 2003

```
09/11/03                COMMONWEALTH OF MASSACHUSETTS                    Page 1
                          SUPREME JUDICIAL COURT
                            FOR SUFFOLK COUNTY

                               SJ-2003-0191

                       COMMONWEALTH vs. KENNETH L. HUNT


     ENTRY DATE 04/30/03        CASE STATUS Active: Case Filed
    STATUS DATE 04/30/03             NATURE Gatekeeper   c 278 s 33E
        JUSTICE                  SUB NATURE Mot for New Trial
    PET ROLE L CT defendant   TC DISPOSITION Motion denied
   SJ DISPO DATE              SJ DISPOSITION
      LEAD CASE                    RELATION
    TRIAL JUDGE                    TRIAL CT Hampden Superior Court
   TC ENTRY DATE              TC RULING DATE                 CLERK GS
   TC DOCKET NO 82-380          FC/OE DKT NO                 PUBLIC y
```

Kenneth L. Hunt
Pro Se Petitioner
P.O. Box 1218
Shirley MA 01464
Active 04/30/03 Notify

Commonwealth                              Jane Davidson Montori
Defendant                                 Assistant District Attorney
Active 04/30/03                           Office of the District Attorney/Hampde
                                          Chief, Appellate Division
                                          Hall of Justice, 50 State Street
                                          Springfield MA 01102-0559
                                          Phone: 413-452-1103
                                          Fax: 413-731-2432
                                          546543 Active 04/30/03 Notify

Hampden Superior Court Dept.
(Lower Court: criminal)
Clerk for Criminal Business
50 State Street - P.O. Box 559
Springfield MA 01102
Phone: 413-735-6035 FAX: 413-737-1611
Active 04/30/03 Notify

                          * * *   D O C K E T   * * *

PAPER  DATE      ENTRY
------ -------- --------------------------------------------------------------

       04/30/03 Case entered. (THE INFORMATION FROM THIS CASE WAS TRANSFERRED
                FROM PS-2003-0191)

  1.0  04/30/03 Affidavit of Indigency filed.

  2.0  04/30/03 Motion To Waive Filing Fees, filed by Kenneth L. Hunt, Pro Se.

       04/30/03 Filing fee waived. (Per ges)

09/11/03                    COMMONWEALTH OF MASSACHUSETTS                    Page 2
                              SUPREME JUDICIAL COURT
                                FOR SUFFOLK COUNTY

                                   SJ-2003-0191

                         COMMONWEALTH vs. KENNETH L. HUNT


                              * * *   D O C K E T   * * *
--------------------------------------------------------------------------------
PAPER  DATE      ENTRY
------ --------  ---------------------------------------------------------------
3.0    04/30/03  Defendant's Motion To Allow The Appeal Rule 30 (B) Motion
                 Proceed, filed by Kenneth L. Hunt, Pro Se with attached
                 Exhibits A-O and Certificate of Service.

4.0    07/10/03  NOTICE: Effective July 21, 2003, the Clerk's Office of the
                 Supreme Judicial Court for Suffolk County will be relocated to
                 One Beacon Street, 4th Floor, Boston, MA 02108. Please note
                 that the telephone numbers and facsimile numbers will remain
                 the same.

5.0    09/10/03  Letter to Maura S. Doyle, Clerk from Kenneth Hunt saying.."I am
                 writing today to find out a status report on the above-matter;
                 ie: hearing date etc. I am also requesting a copy of the docket
                 entry sheet for the above-referenced matter.."

       09/11/03  An updated docket sheet was mailed to Kenneth Hunt. (see paper
                 #5)