UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


KENNETH L. HUNT
        plaintiff,

V.

commonwealth   Detendant,


SWORN STATEMENT


I KENNETH L. HUNT

Solennly Swear that the Statement and petiton of the Habeas Corpus that I Shall give Is true to the best of my ability.

The defendant was convicted of murder in the first degree in July 23 for natural life (1982) And then in December 2. a motion for a new trial Denied in (1982) And then Judgment Affirmed June 20 (1984) Then in May 12(1984) Denied motion for a new trial by the S.J.C. Hd-3174-Judgment affirmed in (1984) June 20.........................................

then defendant filed a motion for a new trial and a motion for a appointment of counsel in (1992) of July 20. Then in August of (1992) Judge Sweeney) Allowed the motion Refer to C.P.C.S. For counsel and in June 19 (2001) C.P.C.S. Dreied the defendant Counsel and then he filed a motion for a new trial and for a Appointment of Counsel. In June 14 (2002) He was Denied. then

1

in Sept 3 (2002) Defendant filed a Notice of Appeal to the Supreme Judicial Court No.S.J.C.-2003-0191. then on November 21 (2003) The defendant's motion for a new trial is Denied by Judge Ireland) And on December 16 (2003) The defendant filed a notice of Appeal with the United Sates District Court, then on April 8 (2004) the defendant then receive a Civil No.04-10689-RGS.

defendant was made to believe that he was Suppose to resolve all State remedies all the way to the Supreme Judicial Court. Defendant believe that he has done that by way of showing that the defendant was denied in Supreme Judicial Court in November 12 (2003) And one month later the defendant Filed a Notice of Appeal with the united States District Court in December 16 (2003) Then after that defendant receive a Civil No. 04-10689-RGS.

## CONCLUSION

The defendant asked that the Court show leniency in allowing this Sworn Statement and petiton of Habeas Corpus to be heard by the Ccourt.

RESPECTFULLY SUBMITTED

*Kenneth Hunt*
KENNETH L. HUNT, pro SE
P.O. BOX 1218
SHIRLEY, MA 01464

DATE 10/20/ 2004

2