UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
KENNETH L. HUNT,               )
        Petitioner,            )
                               )
        v.                     )      C.A. No. 04-12330-RGS
                               )
MICHAEL A. THOMPSON,           )
        Respondent.            )
```

MEMORANDUM AND ORDER

For the reasons stated below, plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit (Docket No. 1) is denied without prejudice to refiling with a copy of his certified prison account statement within forty-two (42) days of the date of this Memorandum and Order.

BACKGROUND

On October 25, 2004, petitioner Kenneth L. Hunt, now incarcerated at MCI Shirley, filed his Section 2254 habeas petition accompanied by an Application to Proceed Without Prepayment of Fees and Affidavit. The Application indicates that petitioner has no source of income and no funds.

DISCUSSION

A party filing a Section 2254 habeas corpus petition must either pay the $5 filing fee or file an application to proceed without prepayment of fees. See 28 U.S.C. § 1914(a) (fees); § 1915 (proceedings in forma pauperis). An application to proceed without prepayment of fees must be accompanied by a document certifying the

amount of funds on deposit to the petitioner's credit at his institution of incarceration.  Rule 3(a) of the Rules Governing Section 2254 Cases (if petitioner desires to prosecute petition <u>in forma pauperis</u>, he shall file the affidavit required by § 1915 and a certified statement of amount of funds in prisoner's institutional account); <u>see</u> 28 U.S.C. § 1915(a)(2).

Although petitioner has submitted an Application to Proceed Without Prepayment of Fees, he has not provided the required certified copy of his trust fund account statement at MCI Shirley.  Because petitioner has not submitted his trust fund account statement, his application will be denied without prejudice to refiling with a copy of his certified prison account statement.

<u>ORDER</u>

Based upon the foregoing, it is hereby

ORDERED, petitioner's Application to Proceed Without Prepayment of Fees (Docket No. 1) is denied without prejudice to refiling with a copy of his certified prison account statement within forty-two (42) days of the date of this Memorandum and Order; and it is further

ORDERED, if petitioner wishes to proceed with this action, he shall file, within forty-two (42) days of the date of this Memorandum and Order, an Application to Proceed Without Prepayment of Fees accompanied by a certified copy of

his institutional account statement.  The Clerk shall send petitioner an Application to Proceed Without Prepayment of Fees and Affidavit with this Order.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>1st</u> day of <u>December</u>, 2004.

/s/ Richard G. Stearns
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE