```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

KENNETH L. HUNT,                  )
        Petitioner,               )
                                  )
        v.                        )      C.A. No. 04-12330-RGS
                                  )
MICHAEL A. THOMPSON,              )
        Respondent.               )
```

ORDER

Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to the Respondent AND Cathryn A. Neaves, Assistant Attorney General, Office of the Attorney General, One Ashburton Place, Boston, MA  02108.

It is further ordered that the Respondent shall, within twenty (20) days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

This Court further requests the Respondent, as part of the return, to file such documents which reflect on the issue as to whether Petitioner exhausted available state remedies with respect to the matters raised by the Petition.

SO ORDERED.

Dated at Boston, Massachusetts, this 1st day of December, 2004.

/s/ Richard G. Stearns

```
                              RICHARD G. STEARNS
                              UNITED STATES DISTRICT JUDGE
```