UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH L. HUNT
    petitioner

CASE NO. 04-12330-RGS

V.

MICHAEL A. THOMPSON
    Respondent

MOTION FOR RELIEF FROM JUDGMENT
PURSUANT TO Fed. R. Civ. P. Rule 60 (b)

Now comes the petitioner and hereby moves this Honorable Court to grant him Relief from Judgment pursuant to Fed R. Civ. P. Rule 60 (b). Petitioner states that he did in fact pay to this Court the Required five (5) Dollor fee required to file a writ of Habeas Corpus. See Affidavit attached hereto.

RESPECTFULLY SUBMITTED
BY THE PETITIONER

*Kenneth L. Hunt*

KENNETH L. HUNT pro-se
p.o box 1218
shirly, ma 01464

DATED 12/8/ 2004

CERTIFICATE OF SERVICE

I hereby certify, I have caused a copy of these motions to: Attorney General Office (Thomas Rielly, A.G.), One Ashburton Place, Boston, Ma. 02108, on this Wed day of 12/8 2004.

*Kenneth L. Hunt*
Kenneth L. Hunt   Pro-se