UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH L. HUNT
    petitoner

CASE NO. 04-12330-RGS

V.

MICHAEL A. THOMPSON
    Respondent

AFFIDAVIT OF KENNETH L. HUNT
IN SUPPORT OF HIS MOTION FOR RELIEF FROM JUDGMENT
PURSUANT TO Fed. R.Civ. P Rule 60 (b)

I. KENNETH L. HUNT According to law do depose and say that;

1) I am the petitioner in the above captiond matter.

2) Regards to the (5) Dollars filing fee I have already paid the fee on 10/20/04. The mass Doc Fleet bank Cheek number is 46399 payable to Clerk-us. District court. See Exhibit-A.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

ON THIS wed DAY OF 12/18 2004.

RESPECTFULLY SUBMITTED

*Kenneth L. Hunt*
KENNETH L. HUNT pro-se
p.o box 1218
shirley, Ma 01464

DATE 12/8 2004