UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH L. HUNT,<br>Petitioner,<br><br>v.<br><br>MICHAEL THOMPSON,<br>Respondent. | Civil Action No. 2004-12330-RGS |

### RESPONDENT'S MOTION TO DISMISS

Michael Thompson, Superintendent of the Massachusetts Correctional Institution – Shirley, the respondent, respectfully moves this Court to dismiss the above-captioned petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). The petition is subject to dismissal on two independent grounds. First, this Court lacks jurisdiction where the petition is a "second or successive" petition that has not been authorized by the United States Court of Appeals for the First Circuit. *See* 28 U.S.C.§2244(b). Secondly, in the alternative, the petition must be dismissed as time-barred pursuant to 28 U.S.C. § 2244(d), the statute of limitations for federal habeas corpus petitions.

WHEREFORE, the respondent respectfully requests that this Court dismiss this petition with prejudice.

        Respectfully submitted,

        THOMAS F. REILLY
        Attorney General

        Eva M. Badway
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200, ext. 2824

Dated: December 17, 2004        BBO # 635431

### Certificate of Service

I hereby certify that, on December 17, 2004, I caused to be served a true and correct copy of the foregoing <u>Respondent's Motion to Dismiss</u> by mailing a copy of the same by first class mail, postage prepaid, and addressed as follows: Kenneth L. Hunt, *pro se*, MCI- Shirely, P.O. Box 1218, Shirley, Massachusetts 01464

        Eva M. Badway