UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KENNETH L. HUNT,<br>Petitioner,<br><br>v.<br><br>MICHAEL THOMPSON,<br>Respondent. | )<br>)<br>)<br>)<br>)  Civil Action No. 2004-12330-RGS<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter my appearance as counsel of record for Michael Thompson, the Superintendent of the Massachusetts Correctional Institution-Shirley, the respondent in the above-captioned action.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: December 17, 2004

### Certificate of Service

I hereby certify that, on December 17, 2004, I caused to be served a true and correct copy of the foregoing Notice of Appearance by mailing a copy of the same by first class mail, postage prepaid, and addressed as follows: Kenneth L. Hunt, *pro se*, MCI- Shirely, P.O. Box 1218, Shirley, Massachusetts 01464.

Eva M. Badway