NO. 82·

COMMONWEALTH VS. KENNETH L. HUNT

COMMONWEALTH
OF
MASSACHUSETTS
HAMPDEN, SS.
SUPERIOR COURT
CRIMINAL
DOCKET

Offense: MURDER 265-1

Surety and amount:

Counsel: John F. Donahue  1341 Main Street, Spfld, Ma. 733-4147

Justice disposing of case: Honorable George J. Hayer

1982 Feb. 11   Entered.
    Mar. 11  1 Appearance John F. Donahue, for the defendant.
               Arraigned pleads not guilty. (Moriarty, J.)
               Ordered defendant be examined under Ch. 123, s.s. 15A. for
               criminal responsibilty and competency to stand trial, at the
               courthouse, on 3/15/82 at 3:00 P.M.
               (D.A. Ryan to set date as soon as possible.)
               Defendant held without bail without prejudice.
               Attorney John F. Donahue appointed counsel by the Court under
               Rule 53. (Moriarty, J.)
             2 Order for examination of Kenneth L. Hunt under s.s. 15A. Ch.
               G.L. (Moriarty, J.)
             3 Petition for assignment of counsel and affidavit.
               Endorsement on #3---Petition granted. (Moriarty, J.)
    Mar. 16  4 Commonwealth's motion for hair exemplar
               Endorsement on #4---Allowed. (Urbano, J.)
       29  5 Report of Psychiatrist. (In Vault.).
                    (over)

NO. 82  3

## COMMONWEALTH VS. KENNETH L. HUNT

COMMONWEALTH
OF
MASSACHUSETTS
HAMPDEN. SS.
SUPERIOR COURT
CRIMINAL
DOCKET

Offense:

Surety and amount:

Counsel:

Justice disposing of case:

2nd. Sheet

| Date | # | Entry |
|---|---|---|
| 1982 Jul 27 | 20 | Notice of Appeal. Notified Hayer, J. and D.A. |
| 28 | 21 | Findings and Rulings on admissibility of statement signed by defendant obtained by defendant's girlfriend which was turne[d] to the Police. |
|  | 22 | Motion for New Trial. |
| Aug. 6 | 23 | Request for Transcript. |
| 23 | 24 | Affidavit of Merit and Defense of Kenneth Hunt. Notified Hayer, J. and District Attorney. |
| Sept. 13 |  | Ordered defendant be remanded to Hampden County House of Cor[rection] until 9/14/82 at 9:30 A. M.. (Hayer, J.) |
|  | 25 | Order of Remand. (Hayer, J.) |
| 14 |  | Defendant ordered remanded back to MCI-Walpole. Atty.'s conf[erence] for September 22, 1982. (Hayer, J.) |
|  | 26 | Order of Remand. (Hayer, J.) |
| Oct. 5 | 27 | Defendant's motion for post conviction relief under Rule 30( ) Petition for writ of Habeas Corpus under M.G.L. c. 248, S 1. |
| Nov. 24 |  | Endorsement on #22---Motion denied.(Hayer,J.) |

NO. 82-38.0

# COMMONWEALTH VS. KENNETH L. HUNT

COMMONWEALTH
OF
MASSACHUSETTS
HAMPDEN, SS.
SUPERIOR COURT
CRIMINAL
DOCKET

Offense:

Surety and amount:

Counsel:

Justice disposing of case:

3rd Sheet

| Date | # | Entry |
|---|---|---|
| 1986 May 16 | | General Laws, Chapter 123A, Section 2 of 1958 for sixty days observati |
| 19 | | Notified D.A. and deft. |
| June 2 | | Court appoints Committee Public Counsel. (Urbano, Justice) |
| | | Notified CPCS, Boston. |
| | 43 | Notice - Assignment of Counsel. |
| 1992 July 20 | 44 | Motion for appointment of counsel on appeal. |
| 23 | | Notified Sweeney, RAJ. and D.A. |
| Aug. 25 | | End. on #44 -- ALLOWED by the court. Refer to C.P.C.S. for counsel designation. (Sweeney, J.) |
| 26 | 45 | NAC. Not. D.A. and deft. |
| 1993 Jan. 19 | 46 | NAC. |
| Feb. 2 | | Notified CPCS. |
| 2001 June 19 | 47 | Mot. for appointment of counsel. n. 7/5. |
| | 47a | Aff. |
| | 48 | Mot. for funds to hire a private investigator. n. 7/5. |
| July 5 | / | #47- Denied. (see pleading) (Sweeney, J.) n. 7/6. |
| | / | #48- Denied. (see pleading) (Sweeney, J.) n. 7/6. |
| July 18 | 49 | Application for rule 30 relief. n. 8/1. |
| | 50 | Motion for appointment of counsel. n. 8/1. |