# Commonwealth of Massachusetts
# HAMPDEN SUPERIOR COURT
# Case Summary
# Criminal Docket

## Commonwealth v Hunt, Kenneth

Details for Docket: HDCR1982-00380

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | HDCR1982-00380 | **Caption:** | Commonwealth v Hunt, Kenneth |
| **Entry Date:** | 02/11/1982 | **Case Status:** | Crim 1 CtRm 1 |
| **Status Date:** | 02/11/1982 | **Session:** | Disposed (post sentence activity) |
| **Lead Case:** | NA | **Deadline Status:** | |
| **Trial Deadline:** | | **Jury Trial:** | NO |

## Parties Involved

2 Parties Involved in Docket: HDCR1982-00380

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Hunt | **First Name:** | Kenneth |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

No Attorneys found for Docket: HDCR1982-00380.

There are currently no attorneys associated with this case.

## Calendar Events

No Calendar Events found for Docket: HDCR1982-00380.

There are currently no calendar events associated with this case.

## Full Docket Entries

4 Docket Entries for Docket: HDCR1982-00380

| Entry Date: | Paper No: | Docket Entry: |
| --- | --- | --- |
| 02/11/1982 | | Status at conversion to computer November 24, 2003 (see docket book |
| 02/11/1982 | | for other entries) |
| 11/24/2003 | 55 | AT S.J.C., Boston - Notice of Docket Entry - Order denying leave to |
| 11/24/2003 | 55 | appeal motion for new trial. |

## Charges

1 Charges for Docket: HDCR1982-00380

| No. | Charge Description: | Indictment: | Status: |
| --- | --- | --- | --- |
| 1 | MURDER c265 s1 | | Guilty verdict |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.