# Supreme Judicial Court and Appeals Court of Massachusetts
## Public Case Information



⌐ Home

▽ Case Search
   Docket Number
   **Involved Party**
   Attorney Appearance
   Lower Court
   Lower Court Judge

⌐ Court Calendars

⌐ Help & Site Info

⌐ Helpful Links

⌐ Privacy Policy

Bottom >

## SUPREME JUDICIAL COURT
## for Suffolk County
### Case Docket

**COMMONWEALTH vs. KENNETH L. HUNT**
SJ-2003-0191

### CASE HEADER

| | | | |
|---|---|---|---|
| **Case Status** | Decided: petition denied | **Status Date** | 11/21/2003 |
| **Nature** | Gatekeeper c 278 s 33E | **Entry Date** | 04/30/2003 |
| **Sub-Nature** | Mot for New Trial | **Single Justice** | Ireland, J. |
| **TC Ruling** | Motion denied | **TC Ruling Date** | |
| **SJ Ruling** | Relief denied | **TC Number** | |
| **Pet Role Below** | Defendant in lower court | **Full Ct Number** | |
| **Lower Court** | Hampden Superior Court | **Lower Ct Judge** | |

| INVOLVED PARTY | ATTORNEY APPEARANCE |
|---|---|
| **Kenneth L. Hunt**<br>Pro Se Petitioner | |
| **Commonwealth**<br>Defendant | Jane Davidson Montori, Assistant District Attorney |

### DOCKET ENTRIES

| Entry Date | Paper | Entry Text |
|---|---|---|
| 04/30/2003 | | Case entered. (THE INFORMATION FROM THIS CASE WAS TRANSFERRED FROM PS-2003-0191) |
| 04/30/2003 | #1 | Affidavit of Indigency filed. |
| 04/30/2003 | #2 | Motion To Waive Filing Fees, filed by Kenneth L. Hunt, Pro Se. |
| 04/30/2003 | | Filing fee waived. (Per ges) |
| 04/30/2003 | #3 | Defendant's Motion To Allow The Appeal Rule 30 (B) Motion Proceed, filed by Kenneth L. Hunt, Pro Se with attached Exhibits A-O and Certificate of Service. |
| 07/10/2003 | #4 | NOTICE: Effective July 21, 2003, the Clerk's Office of the Supreme Judicial Court for Suffolk County will be relocated to One Beacon Street, 4th Floor, Boston, MA 02108. Please note that the telephone numbers and facsimile numbers will remain the same. |
| 09/10/2003 | #5 | Letter to Maura S. Doyle, Clerk from Kenneth Hunt saying.."I am writing today to find out a status report on the above-matter; ie: hearing date etc. I am also requesting a copy of the docket entry sheet for the above-referenced matter.." |
| 09/11/2003 | | An updated docket sheet was mailed to Kenneth Hunt. (see paper #5) |
| 09/23/2003 | #6 | Letter to Maura S. Doyle, Clerk from Kenneth Hunt saying..."On this date I informed the ADA of record that in ten day I will state |

| | | |
|---|---|---|
| | | that they never filed an opposiiton to my Rule 30(B). They never seeked any allotment of time...." |
| 10/01/2003 | #7 | Commonwealth's Opposition To Defendant's Motion For A New Trial And Motion To Proceed, filed by Dianne M. Dillon. |
| 10/01/2003 | #8 | Commonwealth's Memorandum In Opposition To Defendant's Motion For A New Trial And Motion To Proceed, filed by Dianne M. Dillon with Attachments and Certificate of Service. |
| 10/08/2003 | #9 | MOTION to Appoint Counsel filed by Kenneth Hunt pro se. |
| 11/21/2003 | #10 | ORDER DENYING LEAVE TO APPEAL: ...."defendant's motion for new trial, is denied." (Ireland, J.) |
| 11/21/2003 | #11 | Notice to counsel, regarding paper number 10 filed. |

≤ Top                                                                    As of 12/28/2003 14:3!

© 2001 RSI