UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSTTS

KENNETH L. HUNT
   petitioner

V.                        CIVIL ACTION 04-12330- RGS

MICHAEL THOMPSON
   Respondent

MOTION FOR THE APPOINTMENT OF COUNSEL

Now comes petitioner in the above-entitled case and hereby

Moves that this court appoint counsel to represent him on this petition for a writ of Habeas Corous, The paupers Affidavit of petitioner is hereby made part of this Motion.

                                      RESPECTFULLY SUBMITTED
                                      BY THE DEFENDANT,

                                      *Kenneth L Hunt*
                                      KENNETH L. HUNT, pro-se
DATE 12/22   2004                p.o. box 1218
                                      shirley, MA 01464

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNETH L. HUNT,
    Petitioner

v.                                      CASE NO.  04-12330-RGS

MICHAEL A. THOMPSON,
    Respondent

## CERTIFICATE OF SERVICE

    I hereby certify, I have caused copies of these motions to:    The Attorney General Office (Thomas Rielly, A.G.), One Ashburton Place, Boston, Massachusetts 02108, on this _Tues_ day of _12/21_ 2004.

_Kenneth L. Hunt_
Kenneth L. Hunt  pro-se
MCI Shirley (Medium)
P.O. Box 1218/Harvard Rd.
Shirley, Massachusetts  01464

2