UNITED STATED OF AMERICA
DISTRICT FOR MASSACHUSETTS

SUFFOLK COUNTY.ss

CASE NO.  04-12330-RGS

COMMONWALTH APPELLE

VS

KENNETH L. HUNT APPELLANT

DEFENDAND'S AFFIDAVIT IN SUPPORT OF MOTION FOR ASSIGNMENT OF COUNSEL

---

KENNETH L. HUNT being buly sworn, Deposes and says:

1. I am the defendant-Appellant in the above-entitled case. I make this motion for an order granting assignmant of counsel,                                                          ,And for an order permitting the appeal herein to be heard on the original papers on file in the court below, Without printing the same,And upon typewritten copies of appellant's points on appeal, Defendant states that he is an indigent person and cannot financially afford to retain counsel to

1.

represent him. Further, Defendant states that counsel is needed to assist him in adequately presenting his claims. Wherefore, Defendant prays that counsel be appointed to represent the above named defendant forthwith.

RESPECTFULLY SUBMITTED
BY THE DEFENDANT,

*Kenneth L. Hunt*
KENNETH L. HUNT, pro-se
p.o. box 1218
shirley, MA 01464

DATE 12/21/ 200 4

2.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNETH L. HUNT,
    Petitioner

v.                                CASE NO. 04-12330-RGS

MICHAEL A. THOMPSON,
    Respondent

CERTIFICATE OF SERVICE

    I hereby certify, I have caused copies of these motions to: The Attorney General Office (Thomas Rielly, A.G.), One Ashburton Place, Boston, Massachusetts 02108, on this _Tues_ day of _12/21/_ 2004.

*Kenneth L. Hunt*
Kenneth L. Hunt   pro-se
MCI Shirley (Medium)
P.O. Box 1218/Harvard Rd.
Shirley, Massachusetts  01464

3