UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH L. HUNT,
    Petitioner,

Civil Action No 04-12330-RGS

MICHAEL THOMPSON,
    Respondent,

## MOTION TO ENLARGE TIME

Now Come Kenneth Hunt The Pro-Se Petitioner In The above-captioned matter and moves This Honorable Court To enlarge This Time which Petitioner has To respond To respondent. Respondent's Motion To Dismiss and Respondent's Memorandum of Law in Support of up To and Including December 17, 2004. In Support Thereof Petitioner States That he will need Time To Prepare his Petitioner's opposition To respondent's Motion To dismiss and memorandum of law in of. WHEREFORE For the foregoing reasons it is Prayed That the motion To enlarge is Granted To a Period of up To and Including JULY-29/005.

DATED: 1/7/005

Respectfully Submitted
Kenneth L. Hunt
KENNETH L. HUNT Pro-SE
P.O. Box 1218
Shirley, MA 01464