UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSTTS

KENNETH L. HUNT,
  Petitioner,

Civil Action No 04-12330-RGS

MICHAEL THOMPSON,
  Respondent,

## PETITIONER'S AFFIDAVIT IN SUPPORT OF MOTION TO ENLARGE TIME

Now comes Petitioner in the above-entitled case and hereby moves that this Honorable Court grant's his motion to Enlarge Time and his motion for the appointment of Counsel Petitioner states he is an indigent person and cannot financially afford to retain Counsel to represent him Further Petitioner states that he is in the Special management Unit right now as a result of an incident that occurred on December 12/23/004. Petitioner Kenneth Hunt does not seem to know, however how long his time in Solitary will last. Petitioner requests that this Honorable Court Grant's his motion to Enlarge Time and his motion for the appointment of Counsel to be Granted...

Respectfully Submitted
Kenneth L. Hunt
KENNETH L. HUNT PRO-SE
P.O. Box 1218
Shirley, MA 01464

DATED 1/7/005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNETH L. HUNT,
    Petitioner

v.                                   CASE NO. 04-12330-RGS

MICHAEL A. THOMPSON,
    Respondent

CERTIFICATE OF SERVICE

    I hereby certify, I have caused copies of these motions to: The Attorney General Office (Thomas Rielly, A.G.), One Ashburton Place, Boston, Massachusetts 02108, on this _Frid_ day of _1/7/_ 2005

Kenneth L. Hunt   pro-se
MCI Shirley (Medium)
P.O. Box 1218/Harvard Rd.
Shirley, Massachusetts 01464