United State District Court
For the District of Massachusetts

Civil Action No: 04-CV 12330-RGS

Kenneth Hunt
Petitioner

V.

Michael Thompson
Respondent

Motion For Enlargement of time

Now Comes Kenneth Hunt, petitioner, and respectfully
request that this Honorable court to grant his motion for
Enlargement of time under Rule 6(B) of the Fed, Rules of Civ
procedure to adequately respond to respondents Report and
Recommendation on the Petition for a Write of Habeas Corpus
(Docket #3).

Petitioner now has less than 10 days to respond to Motion
in an adequate fashion, that petitioner can only move on his
scheduled time, and that petitioner is illiterate and relies on the
help of others if possible, for these reason, petitioner request
that this Honorable Court GRANT his motion for Enlargement of
time.

Thank you

Respectfully Submitted

Kenneth Hunt

Dated: 12/28/005

Kenneth Hunt Pro Se
PO Box 1218
Shirley MA 01464