UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12330-RGS

KENNETH HUNT

v.

MICHAEL THOMPSON

ORDER ON MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

January 17, 2006

STEARNS, D.J.

Because I agree with Magistrate Judge Alexander that this is a statutorily barred second or successive habeas petition, her Recommendation is adopted and the petition is DISMISSED with prejudice.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE