UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

KENNETH HUNT

    V.                                    CIVIL ACTION NO. 04-12330-RGS

MICHAEL THOMPSON

# ORDER OF DISMISSAL

**STEARNS, DJ.**                                      **JANUARY 24, 2006**

THIS COURT HAVING ADOPTED THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION,

IT IS HEREBY ORDERED:   THE PETITION IS DISMISSED WITH PREJUDICE.

SO ORDERED.

                                                  RICHARD G. STEARNS  
                                                 UNITED STATES DISTRICT JUDGE

        BY:

                                                 /s/ Mary H. Johnson  
                                                    Deputy Clerk