UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-12330-RGS

---

KENNETH L. HUNT, Petitioner

V.

MICHAEL A. THOMPSON, Respondent

---

MOTION OF APPLICATION FOR CERTIFICATE OF APPEALABILITY.

NOW come the Petitioner in the above captioned matter. Respectfully requests and moves this Honorable Court to allow this action now before this court for granting of his application for certificate of Appealability.

Respectfully Submitted
*Kenneth L. Hunt*
KENNETH L. Hunt Pro-Se
MCI Shirley (medium) PO BOX 1218
Shirley MA, 01464

DATE 1/30/ 2006