UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-12330-RGS

KENNETH L. HUNT, Petitioner

V.

MICHAEL A. THOMPSON, Respondent

## NOTICE OF APPEAL

Now comes the Petitioner in the above captioned matter and gives notice, pursuant F.R.A.P. Rule 3, of his intent to appeal certain opinions rulings directives and judgements of the court.

RESPECTFULLY SUBMITTED

*Kenneth L. Hunt*

Kenneth L. Hunt Pro-se
MCI Shirley (medium) P.O. Box 1218
Shirley MA 01464

DATE 1/30/2006