UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-12330

Kenneth L. Hunt

v.

Michael A. Thompson

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/31/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 7, 2006.

Sarah A. Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/8/06 .

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-12330-RGS

Hunt v. Thompson
Assigned to: Judge Richard G. Stearns
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 10/25/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Kenneth L. Hunt**

represented by **Kenneth L. Hunt**
MCI Shirley
P.O. Box 1218
Shirley, MA 01464-1218
PRO SE

V.

**Respondent**

**Michael A Thompson**
*Superintendent/Department of Corrections*

represented by **Eva M. Badway**
Attorney General's Office
Room 2019
One Ashburton Place
Boston, MA 02108-1698
617-727-2200 x2824
Fax: 671-727-5755
Email: eva.badway@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/25/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Kenneth L. Hunt.(Jenness, Susan) (Entered: 11/02/2004) |
| 10/25/2004 | 2 | NOTICE of Appeal by Kenneth L. Hunt (Jenness, Susan) (Entered: 11/02/2004) |

| | | |
|---|---|---|
| 10/25/2004 | 3 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 0.00, receipt number 0.00, filed by Kenneth L. Hunt.(Jenness, Susan) (Entered: 11/02/2004) |
| 10/25/2004 | 4 | STATEMENT OF COUNSEL of Kenneth L. Hunt re 2 Notice (Other), 3 Petition for writ of habeas corpus (28:2254) by Kenneth L. Hunt. (Jenness, Susan) (Entered: 11/02/2004) |
| 11/02/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Jenness, Susan) (Entered: 11/02/2004) |
| 12/01/2004 | 5 | Judge Richard G. Stearns : MEMORANDUM AND ORDER entered denying without prejudice 1 Motion for Leave to Proceed in forma pauperis. If petitioner wishes to proceed with this action, he shall file, within forty-two (42) days of the date of this Memorandum and Order, an Application to Proceed Without Prepayment of Fees accompanied by a certified copy of his institutional account statement. The Clerk sent petitioner an Application to Proceed Without Prepayment of Fees and Affidavit with this Order. (Morse, Barbara) (Entered: 12/03/2004) |
| 12/01/2004 | 6 | Judge Richard G. Stearns : ORDER entered SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Morse, Barbara) (Entered: 12/03/2004) |
| 12/10/2004 | 7 | MOTION relief from judgment re 5 Order on Motion for Leave to Proceed in forma pauperis,, by Kenneth L. Hunt. (Flaherty, Elaine) (Entered: 12/15/2004) |
| 12/10/2004 | 8 | AFFIDAVIT in Support re 7 MOTION relief from judgment re 5 Order on Motion for Leave to Proceed in forma pauperis,,. (Flaherty, Elaine) (Entered: 12/15/2004) |
| 12/15/2004 | | Judge Richard G. Stearns : Electronic ORDER entered granting 7 Motion relief from judgment (Flaherty, Elaine) (Entered: 12/21/2004) |
| 12/17/2004 | 9 | MOTION to Dismiss by Michael A Thompson.(Flaherty, Elaine) (Entered: 12/22/2004) |
| 12/17/2004 | 10 | NOTICE of Appearance by Eva M. Badway on behalf of Michael A Thompson (Flaherty, Elaine) (Entered: 12/22/2004) |

| | | |
|---|---|---|
| 12/17/2004 | 11 | MEMORANDUM in Support re 9 MOTION to Dismiss filed by Michael A Thompson. (Attachments: # 1 # 2 # 3 # 4) (Flaherty, Elaine) (Entered: 12/22/2004) |
| 12/23/2004 | 12 | MOTION to Appoint Counsel by Kenneth L. Hunt.(Flaherty, Elaine) (Entered: 12/28/2004) |
| 12/23/2004 | 13 | AFFIDAVIT in Support re 12 MOTION to Appoint Counsel. (Flaherty, Elaine) (Entered: 12/28/2004) |
| 01/05/2005 | | Judge Richard G. Stearns : ElectronicORDER entered denying 12 Motion to Appoint Counsel (Flaherty, Elaine) (Entered: 01/06/2005) |
| 01/10/2005 | 14 | MOTION for Extension of Time to 7/29/05 to respond to motion to dismiss by Kenneth L. Hunt.(Flaherty, Elaine) (Entered: 01/11/2005) |
| 01/10/2005 | 15 | AFFIDAVIT in Support re 14 MOTION for Extension of Time to 7/29/05 to respond to motion to dismiss. (Flaherty, Elaine) (Entered: 01/11/2005) |
| 06/03/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 14 Motion for Extension of Time (Flaherty, Elaine) (Entered: 06/03/2005) |
| 07/26/2005 | 16 | Judge Richard G. Stearns : ORDER entered. REFERRING CASE to Magistrate Judge Joyce London Alexander Referred for: R and R re: 2254 petition(Flaherty, Elaine) (Entered: 07/26/2005) |
| 12/21/2005 | 17 | Magistrate Judge Joyce London Alexander: ORDER entered. REPORT AND RECOMMENDATIONS re 3 Petition for writ of habeas corpus (28:2254) filed by Kenneth L. Hunt, Recommendation: This Court RECOMMENDS that the District Court DISMISS the petition. Objections to R&R due by 1/6/2006.(JLA, int1) (Entered: 12/22/2005) |
| 01/03/2006 | 18 | MOTION for Extension of Time to respond to R & R by Kenneth L. Hunt.(Flaherty, Elaine) (Entered: 01/05/2006) |
| 01/06/2006 | 19 | OBJECTION to 17 Report and Recommendations filed by Kenneth L. Hunt, filed. (Flaherty, Elaine) (Entered: 01/09/2006) |
| 01/06/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 18 Motion for Extension of Time "Allowed. Petitioner will have an additional twenty-one days to file |

| | | |
|---|---|---|
| | | objections." (Flaherty, Elaine) (Entered: 01/09/2006) |
| 01/17/2006 | 20 | Judge Richard G. Stearns : ORDER ADOPTING REPORT AND RECOMMENDATIONS, ENTERED. for 9 Motion to Dismiss filed by Michael A Thompson,, 17 Report and Recommendations, Action on motion: petition be dismissed (Flaherty, Elaine) (Entered: 01/17/2006) |
| 01/24/2006 | 21 | Judge Richard G. Stearns : Electronic ORDER OF DISMISSAL entered. (Johnson, Mary) (Entered: 01/24/2006) |
| 01/31/2006 | 22 | MOTION certificate of appealability by Kenneth L. Hunt. (Flaherty, Elaine) (Entered: 01/31/2006) |
| 01/31/2006 | 23 | NOTICE OF APPEAL as to 21 Order by Kenneth L. Hunt. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/21/2006. (Flaherty, Elaine) (Entered: 01/31/2006) |
| 02/01/2006 | | Case no longer referred to Magistrate Judge Joyce London Alexander. (Flaherty, Elaine) (Entered: 02/01/2006) |
| 02/01/2006 | | Judge Richard G. Stearns : Electronic ORDER entered denying 22 Motion certificate of appealability cc: all counsel of record and petitioner. Forwarded to the U.S. Court of Appeals. (Flaherty, Elaine) (Entered: 02/02/2006) |