UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No 04-12330-RGS

KENNETH L. HUNT, Petitioner

V.

MICHAEL A. THOMPSON, Respondent.

MOTION TO ENLARGE TIME

Now comes the Petitioner in the above-entitled case and hereby moves that this Honorable court grant his motion to enlarge time so that he may effectively construct his request of issuance of the certificate of appealability. The petitioner has always maintained his "actual innocence" and that DNA testing would "actually" prove his innocence, but due to medical reasons and the limited access to the institutional law library his ability to effectively construct an issuance of certificate of appealability is very much hampered and that a total of 60 days would be appropriate for him to show actual innocence.

For this reason, petitioner ask this Honorable Court to "grant" his motion to enlarge time.

Thank you

Date: 2/13/06

Respectfully
Kenneth L. Hunt