04-12330-RGS

United States of America
District for Massachusetts

United States District Court         No. 06-1276
for the District of Massachusetts
1 Courthouseway
Boston, Mass 02210

RECEIVED
Clerk's Office
USDC, Mass.
Date 3-2-06
By CMG
Deputy Clerk

Re: enclosed documents

Dear Clerk,

Please find enclosed petitioners in forma pauperis motion, proof of payment of $5.00 filing fee and civil docket entry sheet to show further proof of payment of filing filing and Certificate of service and First Circuit order of Court

Thank you

Respectfully
Kenneth L Hunt

Date: 2/27/06

AO 240. (Rev. 9/90)

# UNITED STATES DISTRICT COURT  04-12330-RGS

District of _Massachusetts (Boston)_

_Kenneth L Hunt_

Plaintiff

V.

_Michael H Thompson_
_Dept of Corrections_

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF RECEIVED
FEES AND AFFIDAVIT   Clerk's Office
                    USDC, Mass.

Date _3-2-06_

By _CMG_
    Deputy Clerk

CASE NUMBER: _06-1276_

I, _Kenneth L Hunt_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _MCI Shirley med_

   Are you employed at the institution? _Yes_   Do you receive any payment from the _Yes_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _$2.00/day Department of Corrections_

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. Business, profession or other self-employment | ☒ Yes | ☐ No |
   | b. Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. Gifts or inheritances | ☐ Yes | ☒ No |
   | f. Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

Pushing disabled person  $2.00/day

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   ———

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NONE

I declare under penalty of perjury that the above information is true and correct.

2/27/06
Date

*Kenneth Hunt*
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 DEC 10 A 12:29

U.S. DISTRICT COURT
DISTRICT OF MASS.

KENNETH L. HUNT
    petitioner

CASE NO. 04-12330-RGS

V.

MICHAEL A. THOMPSON
    Respondent

MOTION FOR RELIEF FROM JUDGMENT
PURSUANT TO Fed. R. Civ. P. Rule 60 (b)

Now comes the petitioner and hereby moves this Honorable Court to grant him Relief from Judgment pursuant to Fed R. Civ. P. Rule 60 (b). Petitioner states that he did in fact pay to this Court the Required five (5) Dollor fee required to file a writ of Habeas Corpus. See Affidavit attached hereto.

*Allowed. R.S. Stearns DJ 12-15-04.*

RESPECTFULLY SUBMITTED
BY THE PETITIONER

*Kenneth L. Hunt*

KENNETH L. HUNT pro-se
p.o box 1218
shirly, ma 01464

DATED 12/8/ 2004

CERTIFICATE OF SERVICE

I hereby certify, I have caused a copy of these motions to: Attorney General Office (Thomas Rielly, A.G.), One Ashburton Place, Boston, Ma. 02108, on this 8th day of 12/8 2004.

*Kenneth L Hunt*
Kenneth L. Hunt   Pro-se

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10689-RGS

Hunt v. Montori
Assigned to: Judge Richard G. Stearns
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 04/02/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**
------------------------

**Kenneth L. Hunt**

represented by **Kenneth L. Hunt**
MCI Shirley
P.O. Box 1218
Shirley, MA 01464-1218
PRO SE

V.

**Respondent**
-----------------------

**Jane Davidson Montori,** *Assistant District Attorney*
*TERMINATED: 06/02/2004*

**Paul Verdini,** *Superintendent of Massachusetts Correctional Institution, Shirley*

represented by **Eva M. Badway**
Attorney General's Office
Room 2019
One Ashburton Place
Boston, MA 02108-1698
617-727-2200 x2824
Fax: 671-727-5755
Email: eva.badway@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/02/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Kenneth L. Hunt.(Jenness, Susan) (Entered: 04/05/2004) |
| 04/02/2004 | 2 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5.00, receipt number 0.00, filed by Kenneth L. Hunt.(Jenness, Susan) |

| | | |
|---|---|---|
| | | (Entered: 04/05/2004) |
| 04/05/2004 | | File forwarded to cashier for posting of filing fee (Jenness, Susan) (Entered: 04/05/2004) |
| 04/05/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Jenness, Susan) (Entered: 04/05/2004) |
| 04/05/2004 | | Case undergoing preliminary screening (Jenness, Susan) (Entered: 04/05/2004) |
| 04/08/2004 | 3 | Judge Richard G. Stearns : ORDER entered "petitioner shall, withing 45 days of the date of this Order, refile a verified petition..."(Flaherty, Elaine) (Entered: 04/08/2004) |
| 04/14/2004 | 4 | Judge Richard G. Stearns : ORDER entered denying 1 Motion for Leave to Proceed in forma pauperis. The application is moot. Petitioner paid the $5 filing fee on April 2, 2004. (Lanier, Marjorie) (Entered: 04/14/2004) |
| 05/04/2004 | 5 | MOTION for Leave to Proceed in forma pauperis by Kenneth L. Hunt.(Jenness, Susan) (Entered: 05/05/2004) |
| 05/04/2004 | 6 | Verified PETITION for Writ of Habeas Corpus, filed by Kenneth L. Hunt.(Jenness, Susan) (Entered: 05/05/2004) |
| 05/05/2004 | | Document no. 5 and 6 forwarded for screening (Jenness, Susan) (Entered: 05/05/2004) |
| 05/05/2004 | 7 | Notice of MOTION to Appoint Counsel by Kenneth L. Hunt. (Flaherty, Elaine) (Entered: 05/10/2004) |
| 05/05/2004 | 8 | AFFIDAVIT in Support re 7 MOTION to Appoint Counsel. (Flaherty, Elaine) (Entered: 05/10/2004) |
| 05/11/2004 | 9 | Judge Richard G. Stearns : ORDER entered denying 5 Motion for Leave to Proceed in forma pauperis. The application is moot. (Lanier, Marjorie) (Entered: 05/12/2004) |
| 05/11/2004 | 10 | Judge Richard G. Stearns : ORDER entered SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Lanier, Marjorie) (Entered: 05/12/2004) |
| | | |

| 05/17/2004 | | Copy of 2254 habeas petition, IFP Order and Service Order are mailed via certified mail to respondent. Copy of IFP Order and Service Order are mailed via us mail to petitioner. Original Petition and Orders forwarded to RGS session 5/17/04. (Jenness, Susan) (Entered: 05/17/2004) |
|---|---|---|
| 05/26/2004 | 11 | NOTICE of Appearance by Eva M. Badway on behalf of Paul Verdini (Flaherty, Elaine) (Entered: 05/27/2004) |
| 05/26/2004 | 12 | MOTION to Substitute Party Verdini for Montori by Paul Verdini. (Flaherty, Elaine) (Entered: 05/27/2004) |
| 05/26/2004 | 13 | MOTION to Dismiss by Paul Verdini.(Flaherty, Elaine) (Entered: 05/27/2004) |
| 05/26/2004 | 14 | MEMORANDUM in Support re 13 MOTION to Dismiss filed by Paul Verdini. (Flaherty, Elaine) (Entered: 05/27/2004) |
| 06/02/2004 | | Judge Richard G. Stearns : Endorsed ORDER entered granting 12 Motion to Substitute Party. Jane Davidson Montori terminated (Flaherty, Elaine) (Entered: 06/03/2004) |
| 10/14/2004 | 15 | Judge Richard G. Stearns : ORDER entered granting 13 Motion to Dismiss (Flaherty, Elaine) (Entered: 10/14/2004) |
| 10/14/2004 | | Civil Case Terminated. (Flaherty, Elaine) (Entered: 10/14/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/16/2004 13:59:16 | | | |
| PACER Login: | ag0009 | Client Code: | emb |
| Description: | Docket Report | Search Criteria: | 1:04-cv-10689-RGS |
| Billable Pages: | 2 | Cost: | 0.14 |

Certificate of Service

I hereby certify that I have caused copies of these motions to be sent to United States First Circuit Court, 1 Courthouse Way Suite 2500, Boston, MA 02210, Eva Badway.
Date: 2/27/06

Kenneth L. Hunt