United States of America
District of Massachusetts

COPY   CAP   PRO SE   M H

United States District Court          No. 06-1276
for the District of Massachusetts
1 Courthouse Way
Boston, Mass 02210

Re: enclosed documents

Dear Clerk,

    Please find enclosed petitioners in forma pauperis motion, proof of payment of $5.00 filing fees and civil docket entry sheet to show further proof of payment of filing filing and certificate of service and First Circuit order of court

    Thank you

                      Respectfully

Date: 2/27/06          Kenneth L. Hunt

# UNITED STATES DISTRICT COURT

District of _Massachusetts (Boston)_

Kenneth L Hunt
        Plaintiff

V.

Michael H Thompson
Dept of Corrections
        Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: _NO-06-1276_

I, _Kenneth L Hunt_, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _MCI Shirley med_

    Are you employed at the institution? _Yes_    Do you receive any payment from the _Yes_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _$2.00/day Department of Corrections_

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☒ Yes    ☐ No
    b. Rent payments, interest or dividends             ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
    d. Disability or workers compensation payments      ☐ Yes    ☒ No
    e. Gifts or inheritances                             ☐ Yes    ☒ No
    f. Any other sources                                 ☐ Yes    ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Pushing disabled person $2.00/day

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NONE

I declare under penalty of perjury that the above information is true and correct.

_____          _____Kenneth Hunt_____
        Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH L. HUNT
petitioner

V.

MICHAEL A. THOMPSON
Respondent

CASE NO. 04-12330-RGS

MOTION FOR RELIEF FROM JUDGMENT
PURSUANT TO Fed. R. Civ. P. Rule 60 (b)

Now comes the petitioner and hereby moves this Honorable Court to grant him Relief from Judgment pursuant to Fed R. Civ. P. Rule 60 (b). Petitioner states that he did in fact pay to this Court the Required five (5) Dollor fee required to file a writ of Habeas Corpus. See Affidavit attached hereto.

RESPECTFULLY SUBMITTED
BY THE PETITIONER

KENNETH L. HUNT pro-se
p.o box 1218
shirly, ma 01464

DATED 12/8/ 2004.

Allowed. R.S. Stearns DJ 12-15-04.

CERTIFICATE OF SERVICE

I hereby certify, I have caused a copy of these motions to: Attorney General Office (Thomas Rielly, A.G.), One Ashburton Place, Boston, Ma. 02108, on this ___ day of 12/8 2004.

Kenneth L. Hunt    Pro-se

United States District Court
District of Massachusetts (Boston)
**CIVIL DOCKET FOR CASE #: 1:04-cv-10689-RGS**

Hunt v. Montori
Assigned to: Judge Richard G. Stearns
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 04/02/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**
-----------------------

**Kenneth L. Hunt**    represented by **Kenneth L. Hunt**
MCI Shirley
P.O. Box 1218
Shirley, MA 01464-1218
PRO SE

V.

**Respondent**
-----------------------

**Jane Davidson Montori**, *Assistant District Attorney*
*TERMINATED: 06/02/2004*

**Paul Verdini**, *Superintendent of Massachusetts Correctional Institution, Shirley*    represented by **Eva M. Badway**
Attorney General's Office
Room 2019
One Ashburton Place
Boston, MA 02108-1698
617-727-2200 x2824
Fax: 671-727-5755
Email: eva.badway@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/02/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Kenneth L. Hunt.(Jenness, Susan) (Entered: 04/05/2004) |
| 04/02/2004 | 2 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5.00, receipt number 0.00, filed by Kenneth L. Hunt.(Jenness, Susan) |

| | | |
|---|---|---|
| | | (Entered: 04/05/2004) |
| 04/05/2004 | | File forwarded to cashier for posting of filing fee (Jenness, Susan) (Entered: 04/05/2004) |
| 04/05/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Jenness, Susan) (Entered: 04/05/2004) |
| 04/05/2004 | | Case undergoing preliminary screening (Jenness, Susan) (Entered: 04/05/2004) |
| 04/08/2004 | 3 | Judge Richard G. Stearns : ORDER entered "petitioner shall, withing 45 days of the date of this Order, refile a verified petition..."(Flaherty, Elaine) (Entered: 04/08/2004) |
| 04/14/2004 | 4 | Judge Richard G. Stearns : ORDER entered denying 1 Motion for Leave to Proceed in forma pauperis. The application is moot. Petitioner paid the $5 filing fee on April 2, 2004. (Lanier, Marjorie) (Entered: 04/14/2004) |
| 05/04/2004 | 5 | MOTION for Leave to Proceed in forma pauperis by Kenneth L. Hunt.(Jenness, Susan) (Entered: 05/05/2004) |
| 05/04/2004 | 6 | Verified PETITION for Writ of Habeas Corpus, filed by Kenneth L. Hunt.(Jenness, Susan) (Entered: 05/05/2004) |
| 05/05/2004 | | Document no. 5 and 6 forwarded for screening (Jenness, Susan) (Entered: 05/05/2004) |
| 05/05/2004 | 7 | Notice of MOTION to Appoint Counsel by Kenneth L. Hunt. (Flaherty, Elaine) (Entered: 05/10/2004) |
| 05/05/2004 | 8 | AFFIDAVIT in Support re 7 MOTION to Appoint Counsel. (Flaherty, Elaine) (Entered: 05/10/2004) |
| 05/11/2004 | 9 | Judge Richard G. Stearns : ORDER entered denying 5 Motion for Leave to Proceed in forma pauperis. The application is moot. (Lanier, Marjorie) (Entered: 05/12/2004) |
| 05/11/2004 | 10 | Judge Richard G. Stearns : ORDER entered SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Lanier, Marjorie) (Entered: 05/12/2004) |

| | | |
|---|---|---|
| 05/17/2004 | | Copy of 2254 habeas petition, IFP Order and Service Order are mailed via certified mail to respondent. Copy of IFP Order and Service Order are mailed via us mail to petitioner. Original Petition and Orders forwarded to RGS session 5/17/04. (Jenness, Susan) (Entered: 05/17/2004) |
| 05/26/2004 | 11 | NOTICE of Appearance by Eva M. Badway on behalf of Paul Verdini (Flaherty, Elaine) (Entered: 05/27/2004) |
| 05/26/2004 | 12 | MOTION to Substitute Party Verdini for Montori by Paul Verdini. (Flaherty, Elaine) (Entered: 05/27/2004) |
| 05/26/2004 | 13 | MOTION to Dismiss by Paul Verdini.(Flaherty, Elaine) (Entered: 05/27/2004) |
| 05/26/2004 | 14 | MEMORANDUM in Support re 13 MOTION to Dismiss filed by Paul Verdini. (Flaherty, Elaine) (Entered: 05/27/2004) |
| 06/02/2004 | | Judge Richard G. Stearns : Endorsed ORDER entered granting 12 Motion to Substitute Party. Jane Davidson Montori terminated (Flaherty, Elaine) (Entered: 06/03/2004) |
| 10/14/2004 | 15 | Judge Richard G. Stearns : ORDER entered granting 13 Motion to Dismiss (Flaherty, Elaine) (Entered: 10/14/2004) |
| 10/14/2004 | | Civil Case Terminated. (Flaherty, Elaine) (Entered: 10/14/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/16/2004 13:59:16 | | | |
| PACER Login: | ag0009 | Client Code: | emb |
| Description: | Docket Report | Search Criteria: | 1:04-cv-10689-RGS |
| Billable Pages: | 2 | Cost: | 0.14 |

# United States Court of Appeals
## For the First Circuit

No. 06-1276

KENNETH L. HUNT

Petitioner - Appellant

v.

MICHAEL A. THOMPSON,
Superintendent, Department of Corrections

Respondent - Appellee

**ORDER OF COURT**

Entered: February 22, 2006

Petitioner Kenneth L. Hunt has moved for appointment of counsel on appeal. This motion is denied without prejudice to refiling once he has obtained in forma pauperis ("IFP") status.

On or before **03/08/06**, petitioner must file in the district court an IFP motion and financial affidavit in support of his IFP request and provide this court with proof of having done so. If the district court denies his motion, petitioner must refile his IFP motion and financial affidavit in this court, along with a renewed motion for appointment of counsel. See Fed. R. App. P. 24.

The time for appellant to pay the filing fee is hereby enlarged until **03/08/06**, to enable petitioner to file for in forma pauperis status in the district court.

By the Court:
Richard Cushing Donovan, Clerk

By: **JULIE GREGG**
Operations Manager

[cc: Kenneth L. Hunt, Eva M. Badway, AAG]

Certificate of Service

I, hereby certify that I have caused copies of these motions to be sent to United States First Circuit Court, 1 Court-House Way Suite 2500, Boston, MA 02210; EVA Badway.
Date: 2/27/06

Kenneth L. Hunt