04-12330
USDC/MA
Stearns, J

# United States Court of Appeals
## For the First Circuit

No. 06-1276

KENNETH L. HUNT,
Petitioner, Appellant,

v.

MICHAEL A. THOMPSON,
Respondent, Appellee.

---

Before

Selya, Lynch, and Howard,
Circuit Judges.

---

**JUDGMENT**

Entered: May 25, 2006

Petitioner Kenneth Hunt seeks a certificate of appealability from the dismissal of his petition under 28 U.S.C. § 2254. Over twenty years ago, petitioner was convicted of murder in a Massachusetts state court and sentenced to life imprisonment. The deadline for seeking § 2254 relief under the one-year statute of limitations enacted by the Anti-Terrorism and Effective Death Penalty Act expired in April 1997. 28 U.S.C. § 2244(d)(1). Petitioner did not begin his collateral attack on his conviction until 2001. No legally cognizable grounds for tolling, equitable or otherwise, are indicated. The district court's dismissal was correct on grounds of untimeliness.

Because the time-bar on petitioner's claim is dispositive, we need not address the question of successive petitions or other procedural issues.

The request for a certificate of appealability is _denied_ and this appeal is _terminated_.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 6/19/06

By the Court:
Richard Cushing Donovan, Clerk.

By: _____
Operations Manager.

[cc: Kenneth L. Hunt, Eva M. Badway, AAG]